UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br>    Plaintiff, <br><br>    v. <br><br> M. GUZMAN, <br><br>    Defendant. | 1:17-cv-00896-EPG (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR LIMITED EARLY DISCOVERY <br><br> (ECF NO. 6) |

     Christopher Lipsey, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on July 6, 2017. (ECF No. 1). On July 20, 2017, Plaintiff filed what the Court construes as a motion for limited early discovery. (ECF No. 6).[1]

     Plaintiff's motion will be denied. As the Court told Plaintiff in its First Informational Order in Prisoner/Civil Detainee Civil Rights Case, "[a]fter defendants' answers are filed, the Court will issue an order opening discovery and setting deadlines for completing discovery, amending the pleadings, and filing dispositive motions. No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." (ECF No. 3, p. 4). The complaint is awaiting screening. The Court has not found that the complaint states a cognizable claim, and the defendant has not been served. Therefore, the Court will not open discovery at this time.

\\\

\\\

---

[1] The Court notes that Plaintiff's motion cites to the California Code of Civil Procedure, not the Federal Rules of Civil Procedure.

1

Accordingly, based on the foregoing, it is ORDERED that Plaintiff's motion for limited early discovery (ECF No. 6) is DENIED.

IT IS SO ORDERED.

Dated: __**July 26, 2017**__        /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE