# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>M. GUZMAN,<br><br>    Defendant. | Case No. 1:17-cv-00896-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE SCREENING<br><br>(ECF No. 10) |

    Christopher Lipsey, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 6, 2017 (ECF No. 1), and a First Amended Complaint on October 11, 2017 (ECF No. 9). On January 24, 2018, Plaintiff filed a motion to expedite screening. (ECF No. 10).

    Plaintiff alleges that "he is currently facing charges that carry the death penalty," and that "Plaintiff may very well no longer be competent or willing to see these cases through once condemn[ed]."

    The Court generally screens complaints in the order in which they are filed, and strives to avoid delays whenever possible. However, due to the number of civil rights cases presently pending before the Court, it cannot guarantee screening Plaintiff's case as quickly as requested.

    Further, Plaintiff has not provided any reason why his complaint should be screened earlier than complaints that were filed before his. Plaintiff does not allege that anything will

occur in the immediate future that will prevent him from prosecuting this case.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion to expedite is DENIED.

IT IS SO ORDERED.

Dated: **January 25, 2018**  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE