# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> M. GUZMAN, et al., <br><br> Defendants. | Case No. 1:17-cv-00896-AWI-EPG (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br> (ECF NOS. 12 & 15) <br><br> ORDER DISMISSING ACTION <br><br> ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g) <br><br> ORDER FOR CLERK TO CLOSE CASE |

Christopher Lipsey, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that this action be dismissed, with Plaintiff's state law claim being dismissed without prejudice. (ECF No. 15).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on May 11, 2018. (ECF No. 16). Plaintiff filed supplemental objections on May 18, 2018. (ECF No. 19).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on March 30, 2018, are ADOPTED IN FULL;
2. Plaintiff's federal claims are dismissed with prejudice and his state law claim is dismissed without prejudice;
3. This dismissal is subject to the "three-strikes" provision set forth in § 1915(g). <u>Coleman v. Tollefson</u>, 135 S. Ct. 1759, 1763 (2015); and
4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: July 3, 2018

_____
SENIOR DISTRICT JUDGE